CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 29 2012

JULIA C. DUDLEY, CLERK
BY: /s/
　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LYNDRELL DEMOND HAWKINS, ) | |
|    Plaintiff, ) | Civil Action No. 7:12cv00095 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| WARDEN- ROSP, *et al.*, ) | By: Samuel G. Wilson |
|    Defendants. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Hawkins' motion to proceed *in forma pauperis* (Docket No. 5) is **GRANTED**; this action is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); Hawkins' motion for a preliminary injunction (Docket No. 8) is **DENIED**; Hawkin's motion for the Clerk to accept his monthly financial account statement (Docket No. 7) is **DISMISSED as moot**; and this matter is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff.

**ENTER**: This 29th day of March, 2012.

_____
United States District Judge